GERTRUDE BEIDER, an Infant, by SOPHIE BEIDER, Her Guardian ad Litem, et al., Respondents, *v.* UNION OF AMERICAN HEBREW CONGREGATIONS, Appellant.

(Argued May 27, 1936; decided July 8, 1936.)

426

*William E. Lyons* and *Barnett Cohen* for appellant.

*Cecil B. Ruskay, Harry B. Epstein, Stephen A. Yeghiaian* and *Joseph A. Ruskay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.